IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 23-CR-40029-SMY |
| | ) | |
| BRANDON J. McDADE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On May 20, 2024, this Court entered forfeiture order (Doc. 46) against the defendant Brandon J. McDade, for the following property which had been seized from the defendant:

**A Talon Industries T100 .380 caliber semi-automatic handgun, bearing serial number 002114, and any and all ammunition contained therein.**

The Order provided that the Government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

Notice was published by the Government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning March 17, 2025 and ending April 15, 2025. No third party filed a petition within 30 days after the last date of the publication to allege an interest in the property. Consequently, pursuant to 21 U.S.C. § 853(n)(7), the Court finds that no third-party petitions were filed and that the United States of America has clear title to the above-described property subject of the Forfeiture Order filed on May 20, 2024 (Doc. 46). The United States Marshal or custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

IT IS SO ORDERED.

DATED:   July 14, 2025

**STACI M. YANDLE**
**United States District Judge**